Katessa M. Charles (SBN 146922)
Katessa.Charles@jacksonlewis.com
Nicole A. Aaronson (SBN 309263)
Nicole.Aaronson@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430

Attorneys for Defendant
GOLDBERG SEGALLA LLP

FILED
CLERK, U.S. DISTRICT COURT
7/23/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH   DEPUTY

LINK 79

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. STEPHENS, an individual, | Case No.: 2:20-cv-05216-PSG-PD |
| Plaintiff, | [*Assigned to Judge Philip S. Gutierrez*] |
| v. | |
| GOLDBERG SEGALLA LLP., and DOES 1 to 20. | [~~PROPOSED~~] **JUDGMENT AFTER TRIAL BY COURT** |
| Defendants. | |

## JUDGMENT

1. The jury was waived and the Court considered evidence in the case which was tried on June 29 and 30, 2021.

2. The Court determined that it had jurisdiction over the subject matter and the parties to this proceeding.

3. Appearances at trial for Plaintiff John F. Stephens were made by James M. Donovan and Michael J. Glenn of Law Offices of James M. Donovan. Appearances at trial for Defendant Goldberg Segalla, LLP were made by attorneys Katessa M. Charles and Nicole A. Aaronson of Jackson Lewis, P.C.

4. The Court entered Findings of Fact and Conclusions of Law After Bench Trial on this matter on July 16, 2021.

5. Judgment is entered by the Court as follows: For Defendant Goldberg Segalla, LLP, and against John F. Stephens on the following causes of action: (1) Breach of Contract; (2) Common Counts; and (3) Fraud.

6. The Court denies all relief not granted in this judgment.

7. This is a FINAL JUDGMENT.

DATED: July 23, 2021

_____
HON. PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE

# **PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT, CENTRAL DIST. OF CALIFORNIA**

**CASE NAME:** JOHN F. STEPHENS V. GOLDBERG SEGALLA LLP

**CASE NUMBER:** 2:20-cv-05216-PSG-PD

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017.

On July 22, 2021, I served the foregoing document described as:

**[PROPOSED] JUDGMENT AFTER TRIAL BY COURT**

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael J. Glenn
LAW OFFICES OF JAMES M. DONOVAN
915 Wilshire Blvd., Suite 1610
Los Angeles, CA  90012
mglenn@thedonovanoffices.com
jmdonovan@thedonovanoffices.com

*Attorneys for Plaintiff*
*John Stephens*

**[X]   BY NOTICE OF ELECTRONIC FILING**. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

**[X]   FEDERAL** I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 22, 2021 at Los Angeles, California.

*PAMELA TRUJILLO*
Pamela Trujillo

4821-0651-8258, v. 1